# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DIEM T. NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. et al.,<br><br>Defendants. | No. SA CV 17-00905-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that (1) Plaintiff's § 1983 claims against all Defendants are dismissed with prejudice; (2) Plaintiff's state-law claims are dismissed without prejudice to refiling in state court; and (3) this entire action is dismissed.

Date: August 8, 2019

_____
PHILIP S. GUTIERREZ
United States District Judge